UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| United States of America, | : |
| Plaintiff, | : |
| v. | : |
| Dwayne R. Mather, | : COURT NO: 3:00CV00309 (CFD) |
| Defendant, | : |
| and | : |
| M.M. Whitaker Company, LLC Payroll Department 1 O'Dell Plaza Yonkers, NY10701 | : : |
| Garnishee. | : |

### EX PARTE APPLICATION FOR
### WRIT OF GARNISHMENT ON EARNINGS

The United States of America, plaintiff, makes an application in accordance with 28 U.S.C. § 3205 (b)(1) to the United States District Court to issue a Writ of Garnishment upon the Judgment entered against the Defendant in the above cited action in the amount of $6,689.12 and post-judgment interest at the rate of 2.39%, compounded annually.

Demand was made upon the judgment debtor not less than thirty (30) days prior to the filing of this Application. The underlying nature of this debt is a defaulted student loan. The judgment debtor has made payments totaling $2,520.00 pursuant to said demand. The total balance due as of July 17, 2003 is $4,096.21.

The judgment debtor, Dwayne R. Mather's, last known address is 23 Phillips Street, Plainfield, Connecticut 06374 and the debtor's social security number is 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.