UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 JAN 16 P 2: 12
U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES OF AMERICA,         :
                Plaintiff,        :
         v.                       :
Dwayne R. Mather,                 :    COURT NO: 3:00CV00309 (CFD)
                Defendant,        :
         and                      :
M.M. Whitaker Company, LLC        :
Payroll Department
1 O'Dell Plaza                    :
Yonkers, NY10701
                                  :
                Garnishee.        :

## ANSWER OF THE GARNISHEE

I, _Joseph Fredican_, BEING DULY SWORN DEPOSES AND SAYS:
   (affiant)

IF GARNISHEE IS AN INDIVIDUAL:

That he/she is Garnishee herein doing business in the name
of _MM Whitaker LLC, 1 Odell Plaza, PO Box 1061, Yonkers NY 10703_
      state full name and address of business

IF GARNISHEE IS A PARTNERSHIP:

That he/she is a member of the Garnishee's partnership

IF GARNISHEE IS A CORPORATION:

That he/she is the _____ of Garnishee, a
                    (state official title)

corporation, organized under the laws of the State of _____

On _January 8_, ~~2003~~ 2004, Garnishee was served with the Writ of Garnishment.

For the pay period in effect on the date of service:

Yes     No

✓  ___       1. Defendant was in my/our employ.

            2. Pay period is ✓ weekly, ___ bi-weekly,
               ___ semi-monthly, ___ monthly.

1/5/04         Enter the date present pay period began.
               (present means the pay period in which this
               order and notice of garnishment were
               served)

1/9/04         Enter date above pay period ends.

            3. Enter amount of net wages.  Calculate below:
               (a) Gross Pay                $ 769.30
               (b) Federal income tax       $  88.57
               (c) F.I.C.A income tax       $  58.85
               (d) State income tax         $  38.47
               Total of tax withholdings    $ 185.89
               Net Wages                    $ 583.41 *
               (less total of b,c,d)

*Please note that pursuant to 28 U.S.C. § 3205, the government is entitled to garnish up to 25% for the judgment debtor's net wages.

The Garnishee has the following objections, defenses or setoffs to Plaintiff's right to apply Garnishee's indebtedness to Defendant upon Plaintiff's Claim: None

2

\*\* Check 1 and/or 2 if applicable\*\*  N/A

_____    1. The Garnishee is in no manner and upon no account indebted or under liability to the defendant, Dwayne R. Mather, and that the Garnishee does not have in his/her/its possession or control any property belonging to the Defendant, or in which the Garnishee has an interest; and is in no manner liable as Garnishee in this action.

_____    2. The Garnishee hereby requests a hearing regarding this Writ of Garnishment because _____

_____

The Garnishee mailed a copy of this Answer by first-class mail to the Defendant on  1/13/04   at
   (date)

23 Phillips St., Plainfield, CT 06374
(state street address, city, state and zip code)

or hand delivered to _____
       (state actual address of where it was hand delivered)

on _____
   (date)

_Joseph Friedman, Controller_
       (Affiant's signature)

Subscribed and sworn to before me this 13th day of January, 2003. 2004

_Janet A. Enright_
Notary Public
My Commission expires: 1/6/07

JANET A. ENRIGHT
Notary Public, State of New York
No. 01EN6085824
Qualified in Westchester County
Commission Expires Jan. 06, 2007

3

The *Original Answer* must be mailed to:

>United States District Court
>Office of the Clerk
>450 Main Street
>Hartford, Connecticut 06103

Mail the check (made payable to the **Department of Justice**) and a **copy** of this Answer to:

>United States Attorney
>Connecticut Financial Center
>157 Church Street
>New Haven, Connecticut 06510
>Attn:   Financial Litigation Unit

4