UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 MAR 29 P 2: 51
U.S. DISTRICT COURT
HARTFORD, CT.

| | | |
|---|---|---|
| United States of America, | : | |
| Plaintiff, | : | |
| v. | : | CIVIL NO: 3:01CV00309 (CFD) |
| Dwayne R. Mather, | : | |
| Defendant. | : | March 25, 2004 |

### SATISFACTION OF JUDGMENT

The judgment in the above-captioned case has been paid in full, the Clerk of the United States District Court for the District of Connecticut is hereby authorized and empowered to satisfy and cancel said judgment of record.

RESPECTFULLY SUBMITTED,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

CHRISTINE SCIARRINO
ASSISTANT UNITED STATES ATTORNEY
P. O. BOX 1824
NEW HAVEN, CT 06510
(203) 821-3700
FEDERAL NO. CT03393

### C E R T I F I C A T I O N

This is to certify that a copy of the within and foregoing Satisfaction of Judgment was mailed, postage prepaid, on March 26 25, 2004.

Dwayne R. Mather
23 Phillips Street
Plainfield, CT 06374

CHRISTINE SCIARRINO
ASSISTANT UNITED STATES ATTORNEY